# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Tampa Division

|  |  |
|---|---|
| MICHAEL SATINO | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Enrique Murillo; Age Media | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Michael Satino |
   | Street Address | 535 Central Avenue |
   | City and County | St. Petersburg, Pinellas |
   | State and Zip Code | FL 33701 |
   | Telephone Number | (727)823-4191 |
   | E-mail Address | grahdert@rahdertlaw.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Enrique Murillo |
| Job or Title *(if known)* | |
| Street Address | Calle Era Marina 12 |
| City and County | Navarrete, La Rioja, Spain |
| State and Zip Code | |
| Telephone Number | +34 684 31 31 14 |
| E-mail Address *(if known)* | enriquem@ageofmedia.net |

Defendant No. 2

| | |
|---|---|
| Name | Age Media |
| Job or Title *(if known)* | |
| Street Address | Overhoeksplein 1 |
| City and County | Amsterdamn, Netherlands |
| State and Zip Code | 1031 KS |
| Telephone Number | |
| E-mail Address *(if known)* | info@ageofmedia.net |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

> 28 U.S. Code § 1498 - Patent and copyright cases

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____.
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        the State of *(name)* [_____]. Or is a citizen of *(foreign nation)* [_____].

    b.    If the defendant is a corporation

        The defendant, *(name)* [_____], is incorporated under the laws of the State of *(name)* [_____], and has its principal place of business in the State of *(name)* [_____]. Or is incorporated under the laws of *(foreign nation)* [_____], and has its principal place of business in *(name)* [_____].

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

[_____]

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

> The events took place on the internet, where Defendants posted a video that copied Plaintiff's previously published video--which was in English--into Spanish.
>
> While located internationally, the Defendants have consented to the jurisdiction of any United States court where YouTube conducts business.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

> Plaintiff published his video on December 4, 2022, and Defendants published their video on October 29, 2023.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> 1. Plaintiff owns and maintains the YouTube channel SharkH3art, which as of November 10, 2023 has approximately 67,100 subscribers and has posted 240 videos.
> 2. Plaintiff focuses much of the content of his YouTube channel SharkH3art on offering commentary on the video game Genshin Impact.
> 3. On or around December 4, 2022, Plaintiff posted a video titled "The Only Characters You Actually Need In Genshin Impact (Updated)" on the SharkH3art YouTube channel (an update of a video SharkH3art originally posted in 2021). A link to the video is: https://www.youtube.com/watch?v=Ro0mlIsG91I
> 4. As of November 10, 2023, Plaintiff's video has received 1,279,561 views on YouTube and is earning Plaintiff advertising revenue.
> 5. On or around October 29, 2023, a YouTube channel named "Mordex Tryhard" posted a video that was a word-for-word translation of Plaintiff's video (which is in English) into Spanish. A link to the video, which is currently unavailable due to YouTube taking intermediate action, is: http://www.youtube.com/watch?v=ztJq9lBV49s
> 6. Such YouTube channel did not have an express license to use Plaintiff's material in this manner, and use in such manner exceeds the implied license to use internet materials or fair use.
> 7. In an email to YouTube, Enrique Murillo stated that "I am reaching out in response to a copyright takedown notice I received regarding a video I published on YouTube," thus taking responsibility for posting the video on the "Mordex Tryhard" YouTube channel.
> 8. Enrique Murillo, a resident of the country of Spain, subsequently stated "I consent to the jurisdiction of the Federal District Court for the district where my address is located, or if my address is outside the United States, to any jurisdiction in which YouTube is subject to litigation, for the resolution of this dispute." He additionally stated "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."
> 9. Upon information and belief, Enqriue Murillo is acting as an agent of his employer Age Media, which is headquartered in Amsterdam, Netherlands.
> 10. YouTube conducts business in Pinellas County, Florida, the locale where Plaintiff created and posted his video, and thus venue in the Middle District of Florida is appropriate.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

> Plaintiff is an artist who is earning ongoing income based upon the production of his content, and thus future economic damages to his brand are not ascertainable. Additionally, permitting such blatant improper use of Plaintiff's work is against the public interest of copyright laws and must be prohibited.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> Grant temporary and final injunctions against the Defendants from infringement upon Plaintiff's copyright pursuant to 17 U.S. Code § 502. Such temporary and final injunction shall restrain the Defendants' content which infringes upon Plaintiff's copyright from being reinstated on YouTube or any other internet platform.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/2023

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|   |   |
|---|---|
| Signature of Plaintiff |   |
| Printed Name of Plaintiff |   |

**B.   For Attorneys**

Date of signing: 11/14/2023

| | |
|---|---|
| Signature of Attorney | /s/ George K. Rahdert |
| Printed Name of Attorney | George K. Rahdert |
| Bar Number | 213365 |
| Name of Law Firm | Rahdert & Mortimer, PLLC |
| Street Address | 535 Central Avenue, Suite 200, St. Petersburg |
| State and Zip Code | FL 33701 |
| Telephone Number | +1 727 823 4191 |
| E-mail Address | grahdert@rahdertlaw.com |